## Violation Notice

VSCO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1691503 | N. Frier | 195 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/15/2011 @ 12:00 | 36 CFR 2.30(a)(.) |

**Place of Offense**
New River Gorge NPS headquarters

**Offense Description**
Theft of government property.
Security camera

Phone: 304-578-8855

### DEFENDANT INFORMATION   Phone: (304) 877-7164

| Last Name | First Name | M.I. |
|---|---|---|
| Hicks | Daniel | R |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Mt. Hope | WV | 25880 | 1995 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| F612416 | WV | -8318 |

| ☐ Adult ☒ Juvenile | Sex ☒ Male ☐ Female | Hair BL | Eyes BE | Height 5-08 | Weight 135 |

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Maker/Model | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) 11/15/2011 |
|---|---|
| | Time (hh:mm) 10:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature   Daniel Hicks

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 15, 20 11 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

On August 1, 2011 at approximately 09:00 hours, I received a report concerning vandalism at the New River Gorge National River headquarters. The acts of vandalism involved feces rubbed on the front door and window of headquarters, a rope from the flag pole was stolen and a security camera knocked off its mount and stolen. Video footage from security cameras showed two white males between the ages of 14 and 17 rollerblading in the area committing the vandalism. On August 15, I received a tip from a Glen Jean resident that the two males were Tyler RAINES and Daniel HICKS. The resident said RAINES and HICKS talked about taking the video camera. I then spoke to RAINES and HICKS at RAINES's mothers' residence. With RAINES's mother present, HICKS admitted to theft of the camera. HICKS's mother was contacted and also met with all parties involved. HICKS then admitted to all acts of vandalism and theft.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2011   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge